

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

A Red 2007 Ford F150            * From the 104th District
Texas License CVZ4082              Court of Taylor County,
VIN# 1FTRX12W87FB53968,            Trial Court No. 25911-B.

Vs. No. 11-15-00263-CV          * August 31, 2016

The State of Texas,             * Memorandum Opinion by Willson, J.
                                  (Panel consists of: Wright, C.J.,
                                  Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is

no error in the judgment below.  Therefore, in accordance with this court's opinion,

the judgment of the trial court is in all things affirmed.